

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-17-00348-CV

**TEXAS FARMERS INSURANCE COMPANY,**
Appellant

v.

Steven L. **CLACK,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 1793B
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

This court's opinion issued on May 2, 2018. On May 17, 2018, appellant Texas Farmers Insurance Company filed a motion for rehearing. After review, we **DENY** appellant's motion for rehearing.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court